In the Matter of LEGACY AT FAIRWAYS, LLC, et al., Respondents, v SEAN MCADOO et al., Appellants. (Appeal No. 1.) [910 NYS2d 758]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC CARNEY, Appellant. [910 NYS2d 392]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Livingston County Court, Dennis S. Cohen, J.—Burglary, 3rd Degree). Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH G. CHASE, Appellant. [910 NYS2d 392]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Frederick G. Reed, J.—Criminal Contempt, 1st Degree). Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO ROLLEY, Appellant. [910 NYS2d 392]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael F. Pietruszka, J.—Criminal Contempt, 1st Degree). Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSEE WELDON, Appellant. [910 NYS2d 392]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Oneida County Court, Michael J. Dwyer, J.—Attempted Criminal Possession of a Weapon, 3rd Degree). Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.